UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSEMARIE SIBRIZZI, as administratrix of the estate of MICHAEL SIBRIZZI, deceased, and ROSEMARIE SIBRIZZI, Individually,

Plaintiffs,

-*against*-

JOHN STRICKLAND, P.A., PEEKSKILL URGENT CARE, P.C., *and* NEW YORK PRESBYTERIAN HUDSON VALLEY CENTER,

Defendants.

**ORDER**

22-cv-10646 (ER)

---

Ramos, D.J.:

On January 6, 2023, the Court scheduled a telephonic initial pretrial conference for February 1, 2023 at 4:00 p.m.  Doc. 7.  The Order also directed Plaintiff to serve the Order via overnight mail and email on remaining Defendant, New York Presbyterian Hudson Valley Center by no later than January 9, 2023.  *Id.*  On February 1, 2023, neither counsel for Plaintiffs nor counsel for New York Presbyterian Hudson Valley Center attended the initial pretrial conference.  Accordingly, the initial conference is hereby rescheduled and will be held **February 9, 2023 at 9:30 a.m.**  The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

The Clerk of Court is respectfully directed to serve this Order to Plaintiff's counsel, Howard Suckle, via overnight mail to the Law Offices of Howard A. Suckle PLLC (4 Shorn Drive Blauvelt, NY 10913) and via email (HS@HowardSuckle.com).  Mr. Suckle and Brandon

Cowart, Counsel for John Strickland P.A. and Hudson River Healthcare Peekskill, are further directed to serve this Order via overnight mail and email to Counsel for New York Presbyterian Hudson Valley Center **by no later than February 6, 2023**.

SO ORDERED.

Dated: February 1, 2023
      New York, New York

                                           EDGARDO RAMOS, U.S.D.J.