UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSEMARIE SIBRIZZI, *as Administratrix of the Estate of* MICHAEL SIBRIZZI, *Deceased*, *and* ROSEMARIE SIBRIZZI, *Individually*,

Plaintiffs,

-*against*-

JOHN STRICKLAND, P.A., HUDSON RIVER HEALTHCARE PEEKSKILL, *and* NEW YORK PRESBYTERIAN HUDSON VALLEY CENTER,

Defendants.

**ORDER**

22-cv-10646 (ER)

---

RAMOS, D.J.:

For the reasons stated on the record at the initial pre-trial conference held on

February 9, 2023, and without objection, this case is hereby REMANDED to the

Supreme Court of the State of New York, County of Westchester.


SO ORDERED.

Dated:    February 9, 2023
          New York, New York

_____
Edgardo Ramos, U.S.D.J.